No. 84–115. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* LOPEZ ET AL. C. A. 9th Cir. Motion of respondents Mario Lopez et al. for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the Court of Appeals to be remanded to the United States District Court for the Central District of California with instructions to: (1) remand the cases of the named respondents to the Secretary for review pursuant to § 2(d)(2)(C) of the Social Security Disability Benefits Reform Act of 1984; (2) make any necessary clarifications in the definition and scope of the class; (3) remand the cases of the unnamed class members to the Secretary for proceedings pursuant to § 2(d)(3) of that Act; and (4) take other actions appropriate in light of that Act.

No. 84–5412. LINDSEY *v.* UNITED STATES BUREAU OF PRISONS ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of the Solicitor General's present interpretation of Fed. Rule Crim. Proc. 32 asserted in his brief filed November 14, 1984, on behalf of respondents.

No. 84–55. EMPLOYERS NATIONAL INSURANCE CO. *v.* OCHOA. C. A. 5th Cir. [Certiorari granted, *ante,* p. 929.] Judgment vacated and case remanded for further consideration in light of Pub. L. 98–426.

No. A–370 (84–5662). WRIGHT *v.* UNITED STATES. C. A. 4th Cir. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.